■ Zoe Wagner, Appellant, v. Joseph Hudes, Doing Business as Thrift Shop, Respondent.— Order, entered on April 19, 1960, denying plaintiff's motion for reconsideration of the denial of the application for a preference under subdivision 5 of rule V of the New York County Supreme Court Trial Term Rules unanimously reversed, on the law and on the facts, and in the

exercise of discretion, with $20 costs and disbursements to the appellant, and the motion granted to the extent of directing a preference under rule V of the New York County Supreme Court Trial Term Rules, with $10 costs. It appears by affidavit of plaintiff's doctor that the plaintiff sustained an impacted abduction fracture of the surgical neck of the right humerus and an additional fracture of the greater tuberosity of the right humerus; and said affidavit, together with plaintiff's affidavit make a prima facie showing that the injuries have resulted in protracted disability with substantial loss of earnings. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.